UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DOTTIE LINK, )
)
     Plaintiff, )
)
    vs. )    Case No. 4:09-CV-1180 (CEJ)
)
MICHAEL J. ASTRUE, Commissioner )
of Social Security, )
)
    Defendant. )

## ORDER

This matter is before the Court for judicial review of the final decision of the Commissioner of Social Security to deny plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act.

Pursuant to 28 U.S.C. § 636(b), the Court referred this matter to United States Magistrate Judge Lewis M. Blanton. On February 7, 2011, Judge Blanton issued a Report and Recommendation, recommending that the decision of the Commissioner of Social Security be reversed and that the action be remanded to the Commissioner for further development of the medical record and formulation of plaintiff's residual functional capacity. No objections to the Magistrate Judge's Report and Recommendation were filed and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton [#27] is **sustained, adopted, and incorporated** herein.

**IT IS FURTHER ORDERED** that this matter is remanded to the Commissioner of Social Security for further development of the medical record and formulation of plaintiff's residual functional capacity as set out in the Report and Recommendation.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 24th day of February, 2011.